H. M. Steely and H. M. Steely, Jr., for plaintiff in error. Clark & Hutton, for defendant in error.

Per Curiam.

---

Edward S. Bradbury, appellant, v. John Barton Payne, director general of railroads, appellee.

Action by passenger to recover for ejection from train. Judgment for defendant. Appeal from the Circuit Court of Ford county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 25, 1921.

William R. Bach and Schneider & Schneider, for appellant. Cloud & Thompson and W. R. Hunter, for appellee.

Per Curiam.

---

---

Harry Gilbert Brown, by Stella Brown, appellee, v. Loretta R. Lowry, appellant.

Action for damages for personal injuries received in a collision between plaintiff while riding a bicycle and defendant's automobile, driven by her daughter. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed January 4, 1922.

Kennedy & Kennedy, for appellant; Livingston & Whitmore, of counsel. Frank Gillespie and William R. Bach, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

George W. Paullin, appellant, v. William S. Watson and Harriet Francis Watson, appellees.

Appeal in an action to recover the purchase price of a fur coat, in which the abstract showed neither the rendition of a judgment nor a prayer for appeal in the court below. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1921. Appeal dismissed. Opinion filed January 4, 1922.

Frank T. Carson, for appellant. Herrick & Herrick, Henry T. Schumacher and Lynn S. Corbly, for appellees.

Mr. Justice Heard delivered the opinion of the court.

---

John T. Fahey et al., trading as John T. Fahey & Company, appellants, v. Sidney Grain Company, appellee.

Assumpsit for breach of a contract for the sale and delivery of